**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAKIKO KIMURA,

     Plaintiff,                             Case No.: 1:26-cv-02464

v.                                       Judge April M. Perry

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | luoyangshipengwudaoluyunshu |

1